LAURA C. KYTE (18038)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: lkyte@agutah.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RICHARD CHAD RANDALL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>Defendants. | **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Case No. 4:19-cv-00038-DN<br>District Judge David Nuffer |

Defendants Steve Gehrke, Shane Nelson and Lance Caldwell (Property Lieutenant), by and through counsel, Laura Kyte, Assistant Utah Attorney General, moves the Clerk of the Court for a fourteen-day extension of time in which to answer or to otherwise respond to Plaintiff's Amended Complaint (ECF no. 22-1),

pursuant to Fed. R. Civ. P. 6(b)(1)(A) and DUCiv.R. 77-2(a)(2). This is the first request for an extension of time.

Plaintiff filed the Amended Complaint in this matter on April 16, 2021. Defendants executed a Waiver of Service of Summons on September 13, 2021, which was requested on August 17, 2021. Per Fed. R. Civ. P. Rule 12(a), Defendant's answer or other response is currently due on October 18, 2021.

Defendants request a fourteen-day extension of time to file a responsive pleading. Such extension would make Defendant's responsive pleading due on or before November 1, 2021. A proposed Order granting this motion has been filed with this motion.

RESPECTFULLY SUBMITTED this 18th of October, 2021

OFFICE OF THE UTAH
ATTORNEY GENERAL

/s/ *Laura C. Kyte*
LAURA C. KYTE
Assistant Utah Attorney General
Counsel for Defendants