Garvin Wayne Jones II
227594
CUCF
PO Box 550
Gunnison UT

# United States District Court
## District of Utah

Lodged RECEIVED CLERK
OCT 30 2024
U.S. DISTRICT COURT

Richard Chad Randall (Plaintiff)

V.

State of Utah Et al (Defendants)

Amicus Curaie Filing

Case No 4:19-CV-38DN

Judge David Nuffer

I Garvin Wayne Jones II, inmate #227594, being housed at the CUCF facility, am filing this memorandum as a friend of the court to recount my own personal experience with prison officials restricting publications.

I assert that on 10/20/2024 I attempted to aquire approval from my housing admin to purchase the Book "I can't say no to the lonely girl". Which was denied on the grounds that it is rated Mature. (see the attached "Package Authorization Form" and their hand-written denial, which I submit to be added as an additional exhibit to captioned case.)

I also assert that the aforementioned book is a one-time publication that is a self-contained story in a graphic novel/Manga form, and is rated by the publisher as "OT" (Older Teen: meaning appropriate for 16 years old +). The court can independently

verify this with a simple Google image search for "I can't say no to the lonely girl back cover" as I did while researching to ensure it was <u>not</u> rated as Adults Only (AO).

In the intrest of candor, the book is marked Adults Only in its description in Edward R. Hamilton Bookseller Company's catalog. However, this company regularly mislabels books rated OT as Adults Only. Making independent verification or review necissary.

Prior to purchase of "I can't say no to the lonely girl," and as is customary in my housing unit, I requested authorization to buy it during the weekly meeting called O.M.R. (Offender Management Review). The officials in attendance, without the book in their possession for review, denied my request to be authorized to purchase it. When I asked them about this, they stated that the prisons mailroom staff had been contacted and reported back that - were it to be purchased - they would deny its delivery.

While I do not know the extent of their research, even if we presume that they had online access to every page, and we were to further presume that it contained some level of nude cartoon depictions, Manga comics are mainstream material that do not "feature" nudity.

This can be shown by the way "I can't say no to the lonely girl" promotes itself:

> 6075770 I CAN'T SAY NO TO THE LONELY GIRL 1. By Kashikaze. Ayaka is the model student at her elite high school. However, she can't resist accepting an unsavory bribe from her teacher. Ayaka must lure the truant student Sora into attending school in exchange for an amazing reward. Adults Only. B&W. 180 pages. Kodansha. Paperbound. Pub. at $13.99     $9.95

Furthermore, this book can be found within the Edward R Hamilton Comics Catalog for August 16, 2024 under the category "Manga & Anime." While the catalog advertises Hentai ~~(Sexually Explicit)~~ (sexually explicit Mangas) in a seperate section categorized as "Adult Comics & Art."

I will leave it to the court to decide the constitutional implications of government officials denying publications rated as suitable for minors, before even having the material in front of them. As well as it being an example of the prison's definition of "Features Nudity."

Signed this 25th day of October, 2024



Garvin Wayne Jones II

UTAH DEPARTMENT OF CORRECTIONS    No F 20021
DIVISION OF PRISON OPERATIONS
PACKAGE PRE-AUTHORIZATION FORM

Inmate's Name: (Print) Garvin Jones    Date: 10/20/24
Housing Unit: Gale A43    Offender # 227594

Identify the item(s) that you would like to have authorized for rece    through the U.S. Postal system:
Follow this example when listing: **Quantity / Brand a**    **del / Color**

Item 1/ I can't say No to the lonely girl / Book    Item
Item _____    Item _____
Item _____    Item _____
Item _____    Item _____
Item _____    Item _____

RATED MATURE

--I fully understand that I am authorized only to receive the items and qu    the
package which is not identified and authorized above shall be removed    ed and
returned to sender at the inmate's expense or donated to charity.
--I also understand that it is my responsibility to alert the package sen    d, are
those listed on this form. It is also my responsibility to inform the pa    zation
form must be securely attached to the outside of the package.

**Identify the sender of the item(s) you are seeking**

Sender's Name: Edward R Hamilton
Full Address of Sender: PO BX 15 Falls Village CT 06031-0015

_Garvin Jones_    10/20/24
INMATE SIGNATURE (If for commissary purchase,    Date
Inmate signature authorizes the transfer of funds).

_[signature]_    10-20-2024    DVALD
Officer Witness Signature    DATE    Print Officer Name

_____    _____    _____
CAPTAIN/DESIGNEE SIGNATURE    DATE    PRINT CAPTAIN/DESIGNEE

This contract is for a one (1) time use only.

DISTRIBUTION:    **WHITE** - DPO Property Unit    **YELLOW** - Sender    **PINK** - Inmate
UDOCA ENTRY:    Category – Property/Mail    Type – Package Authorization    Subject – description    Revised 2020

UTAH DEPARTMENT OF CORRECTIONS
DIVISION OF PRISON OPERATIONS
PROPERTY CONTRACT

DATE: 10/20/24

INMATE NAME: Garvin Jones
OFFENDER #: 227594

HOUSING UNIT/CELL ASSIGNMENT: Gale A43
CLASSIFICATION LEVEL: 3L
PRIVILEGE LEVEL: IL5

| ITEM # | Qty | ITEM DESCRIPTION | APPROVED | DENIED | NOTES (OFFICE USE ONLY) | Sent Date |
|---|---|---|---|---|---|---|
| 1 | 1 | I Can't Say No To the Lonely Girl | ☐ | X | RATED MATURE | |
| | | | ☐ | ☐ | | |
| | | | ☐ | ☐ | | |
| | | | ☐ | ☐ | | |
| | | | ☐ | ☐ | | |
| | | | ☐ | ☐ | | |

COMMENTS:

___ STIPULATION: This contract must be used within 30 days after approval. After 30 days a new contract will be required.
___ COMMISSARY NOTE: Commissary will process the listed products on your housing unit's scheduled Commissary day. If there are no funds on your unit's scheduled processing day, you will need to supply another Property Contract for those items. Failure to have funds on your account may result in a negative C-note or OMR referral. If a product is out of stock, Commissary will continue to process the items for 30 days after receiving the Property Contract.

CONTRACT EXPIRATION/REVIEW DATE: _____

INMATE SIGNATURE (If for commissary purchase, Inmate signature authorizes the transfer of funds): Garvin Jones II
Date: 10/20/24

Officer Witness Signature: [signature]
DATE: 10-20-2024
Print Officer Name: AYALA

CAPTAIN/DESIGNEE SIGNATURE: _____
DATE: _____
PRINT CAPTAIN/DESIGNEE: _____

THIS MEMO IS A ONE (1) TIME USE ONLY

Distribution: WHITE – UCI Commissary    YELLOW – Inmate    UPDATED: 2020
UDOCA Entry: **Category** – Property/Mail    **Type** – Contracts    **Subject** Description