Sam Meziani (9821)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, Utah  84111
Telephone:  801-441-9393
smeziani@gapclaw.com

*Limited Appearance*
*Attorney for Plaintiff Richard Chad Randall*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| RICHARD CHAD RANDALL,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF UTAH, et al.,<br><br>    Defendants. | **NOTICE OF LIMITED APPEARANCE**<br><br>Case No.:  4:19-cv-00038-DN<br><br>Judge David Nuffer |
|---|---|

Sam Meziani hereby enters his limited appearance as counsel for Plaintiff Richard Chad Randall.  This appearance is limited to assisting Plaintiff with a settlement conference and/or mediation.

DATED:  October 30, 2025

      */s/ Sam Meziani*
      Sam Meziani
      *Limited Appearance*
      *Attorney for Plaintiff Richard Chad Randall*