THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RICHARD CHAD RANDALL, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF UTAH, et al., <br><br> Defendants. | **ORDER** <br><br> Case No. 4:19-cv-38-DN <br><br> District Judge David Nuffer |

Based on Plaintiff's Counsel's Notice of Limited Appearance (ECF No. 85), the Parties' Joint Motion for Extension of Time (ECF No. 87) and Joint Motion for Plaintiff's Extension to Respond to Defendant's Martinez Report and Motion for Summary Judgment (ECF No. 88), the Court hereby enters the following **ORDER**:

1. Plaintiff's *pro se* Motion for Extension of Time to File Motion for Reconsideration (ECF No. 83) is **DENIED WITHOUT PREJUDICE**. If the Parties fail to reach informal resolution by June 30, 2026, Plaintiff may resubmit his motion for an extension of time to file a motion for reconsideration;

2. Plaintiff's *pro se* Motion for Reconsideration (ECF No. 84) is **VACATED**;

3. The Parties' Joint Motion for Extension of Time (ECF No. 87) is **GRANTED**. The deadline for informal resolution contained in Paragraph 8 of the Court's September 24, 2025, Memorandum Decision and Order (ECF No. 82) is **EXTENDED** up to and including June 30, 2026. The stay contained in Paragraph 10 of the Order is also **EXTENDED** to that date;

4. The Parties' Joint Motion for Extension of Time for Plaintiff to Respond to

1

Defendant's Martinez Report and Motion for Summary Judgment (ECF No. 88) is

**GRANTED IN PART** and **DENIED IN PART.** The Parties' motion for an

extension of time for Plaintiff to file a response to the Martinez report is

**GRANTED.** The deadline for Plaintiff to respond to Defendant's Martinez

Report (see ECF No. 23) is **EXTENDED** up to and including June 30, 2026. The

motion for an extension of time for Plaintiff to respond to a motion for summary

judgment is **DENIED** as there is no pending motion for summary judgment.

DATED this 2nd day of May, 2026.

BY THE COURT:

_____
JUDGE DAVID NUFFER
United States District Court

2